| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Sanford, Wittels & Heisler 250 West 57th Street, 21st Floor New York, NY 10107 | TELEPHONE NO. (646) 723-2947 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

UNITED STATED DISTRICT COURT
2500 TULARE STREET
FRESNO, CA 93721

PLAINTIFF:
Roberson, Anthony Devon

DEFENDANT:
County of Kern, et al.

| PROOF OF SERVICE | DATE: 12/02/2010 | TIME: 08:15 am | DEPT/DIV: | CASE NUMBER: 1:10-CV-01371-OWW-DLB |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**Summons & Complaint; Subpoena in a Civil Case; Order Setting Mandatory Scheduling Conference**

ON: **Kern County Sheriff's Department**

AT: **1350 Norris Road
Bakersfield, CA 93308**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
**Matt Etcheverry - Lititgation Coordinator**

ON: **11/10/2010**
AT: **11:40 am**

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: **17.50**
County: **Kern**
Registration No.: **487**
**Attorney's Certified Services
1731 16th Street
Bakersfield, CA 93301
(661) 327-8022**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 11, 2010**.

Signature: _Joe Devers_, C.C.P.S.

**PROOF OF SERVICE**

Order#: ACS200720/GProof39