| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Sanford, Wittels & Heisler, LLP<br>250 West 57th Street, 21st Floor<br>New York, NY 10107 | (646) 723-2947 | |

ATTORNEY FOR *(Name)*:

Ref. No. or File No.

Insert name of court, judicial district or branch court, if any:

UNITED STATED DISTRICT COURT
2500 TULARE STREET
FRESNO, CA 93721

PLAINTIFF:

Roberson, Anthony Devon

DEFENDANT:

County of Kern, et al.

| **PROOF OF SERVICE** | DATE:<br>12/02/2010 | TIME:<br>08:15 am | DEPT/DIV: | CASE NUMBER:<br>1:10-CV-01371-OWW-DLB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**Summons & Complaint; Order Setting Mandatory Scheduling Conference**

ON: **Donny Youngblood**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

**1350 Norris Road**
**Bakersfield, CA 93308**

ON: **November 10, 2010**
AT: **11:40 am**

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON November 11, 2010 FROM Bakersfield.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
**Matt Etcheverry - Litigation Coordinator**

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: **35.00**
County: **Kern**
Registration No.: **487**
**Attorney's Certified Services**
**1731 16th Street**
**Bakersfield, CA 93301**
**(661) 327-8022**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 11, 2010**.

Signature: _____
Joe Devers, C.C.P.S.

## PROOF OF SERVICE

Order#: ACS200721/GProof38