| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | | TELEPHONE NO. (516) 726-1247 | FOR COURT USE ONLY |
|---|---|---|---|
| Sanford, Wittels & Heisler, LLP<br>250 West 57th Street, 21st Floor<br>New York, NY 10107 | | | |
| ATTORNEY FOR *(Name)*: | Ref. No. or File No. | | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| UNITED STATED DISTRICT COURT<br>2500 TULARE STREET<br>FRESNO, CA 93721 |

| PLAINTIFF: |
|---|
| Roberson, Anthony Devon |

| DEFENDANT: |
|---|
| County of Kern, et al. |

| **PROOF OF SERVICE** | DATE: 12/02/2010 | TIME: 10:00 am | DEPT/DIV: | CASE NUMBER: 1:10-CV-01371-OWW-DLB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**Summons & Complaint; Order Setting Mandatory Scheduling Conference**

ON: **County of Kern**

AT: **1115 Truxtun**
    **Bakersfield, CA 93301**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
**Yolanda Bombadier - Clerk**

ON: **11/10/2010**
AT: **02:45 pm**

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: **35.00**
    County: **Kern**
    Registration No.: **487**
**Attorney's Certified Services**
**1731 16th Street**
**Bakersfield, CA 93301**
**(661) 327-8022**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 11, 2010.**

Signature: _____
          Joe Devers, C.C.P.S.

## PROOF OF SERVICE