# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEVON ROBERSON,<br><br>     Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, DONNY YOUNGBLOOD, KERN COUNTY MEDICAL CENTER, CALIFORNIA FORENSIC MEDICAL GROUP, CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT, GREG WILLIAMSON, and DOES 1-25, inclusive,<br><br>     Defendants. | Case No.: 1:10-cv-01371-OWW-DLB<br><br>ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD |

Having considered the Motion to Withdraw as Counsel of Record filed by Plaintiff Anthony Roberson's ("Plaintiff") counsel on February 7, 2011, it is hereby ordered that this motion be GRANTED. Upon entry, Plaintiff's counsel is ordered to serve this Order on Plaintiff at his current address, 3331 Edison Avenue, #16; Sacramento, CA 95821.

IT IS SO ORDERED.

Dated:  **March 16, 2011**                  /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE