IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEVON ROBERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　　Defendants.<br>_____ | Case No.: 1:10-cv-01371 -- JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FAILURE TO OBEY THE COURT'S ORDER |

On September 14, 2011, the Court issued its Order of Reassignment, in which the Court informed the parties that the assignment of the action to Senior U.S. District Judge Wanger was withdrawn. (Doc. 41). The parties were ordered "to affirmatively indicate whether they consent to or decline the consent of the U.S. Magistrate Judge pursuant to 28 USC § 636 (c) . . . **WITHIN 30 DAYS OF THIS ORDER**." *Id*. at 2 (emphasis in original). Consequently, the parties were to file the form attached to the order, indicating their consent or decline no later than October 14, 2011. To date, Plaintiff Anthony DeVon Roberson has failed to comply with the Court's Order.

The parties were warned: "Failure to timely comply with this order will result in an Order to Show Cause and may result in sanctions." (Doc. 41 at 2). The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." LR 110. "District courts have inherent power to control their dockets," and in

1 exercising that power, a court may impose sanctions including dismissal of an action.  *Thompson v.*
2 *Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986).  A court may dismiss an action
3 based upon a party's failure to obey a court order, failure to prosecute an action, or failure to comply
4 with local rules.  *See*, *e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for
5 failure to comply with an order requiring amendment of complaint); *Malone v. U.S. Postal Service*,
6 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order).

   Accordingly, Plaintiff is **ORDERED** to show cause **within 14 days** of the date of service of this Order why the action should not be dismissed for his failure to follow the Court's Order, or in the alternative, to complete and file the form indicating whether he consents to or declines the jurisdiction of the Magistrate Judge.

IT IS SO ORDERED.

Dated:   **October 18, 2011**                    /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE